**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Benjamin J. HENDERSON,**
**Defendant–Appellant.**

**No. 15–1010.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 17, 2015.

Filed: Nov. 20, 2015.

Ronna A. Holloman–Hughes, Asst. Fed. Public Defender, Kansas City, MO (Lainé Cardarella, Fed. Public Defender, on the brief), for appellant.

Benjamin J. Henderson, Leavenworth, KS, pro se.

Joseph M. Marquez, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Benjamin Henderson directly appeals after he pled guilty to being a felon in possession of a firearm and the district court [1] sentenced him to 30 months in prissouri.

1. The Honorable Beth Phillips, United States District Judge for the Western District of Mis-

on. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court erred by applying a sentencing enhancement under U.S.S.G. § 3A1.2(c)(1). Henderson has filed a motion in which he seeks dismissal of this criminal case based upon a variety of legal theories and claims, including ineffective assistance of counsel.

Upon careful review, we conclude that counsel's argument lacks merit. *See United States v. Olson*, 646 F.3d 569, 572–74 & n. 3 (8th Cir.2011) (setting forth standards of review and discussing applicability of § 3A1.2(c)(1) enhancement). Furthermore, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm. We also deny Henderson's motion.[2]

---

**2.** We note that Henderson may pursue his ineffective-assistance claim in collateral proceedings. *See United States v. Ramirez–Hernandez*, 449 F.3d 824, 826–27 (8th Cir.2006).